

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2021

No. 04-21-00246-CV

**IN THE INTEREST OF R.R., A CHILD**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00605
Honorable Peter Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The appellant's brief was originally due on July 26, 2021. Appellant has now filed a third motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **August 30, 2021**.

**Given the time constraints governing the disposition of this appeal, no further requests for extensions of time will be granted.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

